SSUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER FRATICELLI, on behalf of himself and all others similarly situated,<br><br>       *Plaintiffs,*<br><br>v.<br><br>MSG HOLDINGS, L.P. and THE MADISON SQUARE GARDEN COMPANY<br><br>       *Defendant.* | Civil Action No.: 1:13-cv-06518-JMF |

## DECLARATION OF SAMUEL S. SHAULSON

I, Samuel S. Shaulson, declare the following:

1. I am a Partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for Defendants MSG Holdings, L.P. and the Madison Square Garden Company ("MSG"), in the above-captioned lawsuit. I have personal knowledge of the statements made in this Declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the deposition transcript of Christopher Fraticelli taken on March 21, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Statement of Colleen Stratton-Howard.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Statement of Dee Diaz.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Statement of Robert De Poto.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Statement of Britni Rosato.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Statement of Areej Sabzwari.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Statement of Alexander Sallahian.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Statement of Jonathan Fast.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Statement of Lisa Mayer.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Statement of Alexis Michaelides.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Statement of Josh Jacoby.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Statement of Matthew Egan.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Statement of Brian Fahy.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Statement of Carl Ceglia.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Statement of Joey Shum.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 31st day of March 2014.

                                                  s/ *Samuel S. Shaulson*
                                                  Samuel S. Shaulson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2014, I filed the foregoing Declaration of Samuel S. Shaulson (and attached exhibits) in support of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Court Authorized Notification and Conditional Certification, Pursuant to 29 U.S.C. § 216(b) electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

VIRGINIA & AMBINDER, LLP
Lloyd R. Ambinder
LaDonna M. Lusher
Suzanne B. Leeds
111 Broadway, Suite 1403
New York, NY 10004

LEEDS BROWN LAW, P.C.
Jeffrey K. Brown
Michael A. Tompkins
Daniel H. Markowitz
One Old Country Road, Suite 347
Carle Place, NY 11514

*Attorneys for Plaintiffs*

s/ *Samuel S. Shaulson*
Samuel S. Shaulson