# EXHIBIT 2

## DECLARATION OF COLLEEN STRATTON-HOWARD

**COLLEEN STRATTON-HOWARD**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am currently employed by MSG Holdings, L.P. ("MSG") as a Manager of Human Resources. I have worked in Human Resources at MSG since 2007.

3. Through my role as Manager of Human Resources I have knowledge of and access to files kept in the regular and ordinary course of business related to individuals who participated in internships at MSG, including its affiliates, subsidiaries, divisions, departments and related companies.

4. I am fully familiar with the facts and circumstances of this matter, and I make the representations herein based upon my personal knowledge or upon documents to which I have access in the course of my role with MSG.

5. During the period 2007 to the present, over 1600 individuals interned at MSG in locations in New York, New Jersey, Illinois, and California, across approximately one hundred separate departments within MSG. A list of the departments at MSG in which individuals interned between 2007 and the presented is attached at Exhibit A.

6. Attached at Exhibit B is a true and correct copy of the letter from Scott Winter to MSG, dated May 2013.

Executed this 31st day of March, 2014 in: New York, NY.

*Colleen Stratton-Howard*
COLLEEN STRATTON-HOWARD

**EXHIBIT A**

List of MSG Departments from 2007 to the present:

Affiliate Sales
Bookings - Special Events
Building Operations
Building Ops Practice Facility
CAA Production
Club Services Administration
Coach/Trainers - NY Knicks
Coach/Trainers - NY Rangers
Coaches/Trainers - NY Liberty
Communications – Networks
Communications - NY Knicks
Communications - NY Liberty
Communications NY Rangers
Communications (Other)
Community Relations - NY Knicks
Community Relations - NY Rangers
Concerts & Entertainment
Construction/Business Dev.
Consumer Insights/Planning
Corporate Hospitality
Engagement Marketing
Entertainment Production – Touring
Entertainment Production – Christmas Marketing
Entertainment Public Relations
Event Production Beacon
Executive - NY Knicks
Executive - MSG Interactive
Executive - NY Rangers
Executive Office - MSGE
Finance – Facilities
Finance –MSG Entertainment Production
Finance –Teams Corp.
Finance
fuse Ad Sales/Integrated Mktg
fuse Advertising Sales
fuse Communications
fuse Consumer & Affiliate Mktg
fuse Consumer Marketing
fuse Creative Services
fuse Development & Original Series
fuse Digital Media
fuse East Coast Production

fuse Executive
fuse Legal
fuse Market Research
fuse Multi-Platform Production
fuse On-Air Promotion
fuse Post Production
fuse Production Management
fuse Production Operations
fuse Production Services
fuse Programming & Acquisition
fuse Studio & Event Production
fuse Talent
fuse West Coast Production
Future Venue
Group Sales – Ent.
Guest Services Facilities
House Operations – Chicago
HR
HR - Media/fuse/Corp
HR - MSGE/Teams
HR –Teams
Interactive
Internal Communications
Marketing – Networks
Marketing - NY Knicks
Marketing - NY Rangers
Marketing- NY Liberty
Marketing Solutions
Media – Corporate
Media Advertising Sales
Media Operations & Distribution
Merchandising – MSGE
MSG IT - Arena Systems
MSG IT - Business Systems
MSG IT Program Management
MSG Real Estate, MSG Training & Development
MSGE Admin Marketing Exec
MSGE Advertising Sales
NY Knicks.com
NY Production Exec.
On-Air Promotion
Photo Services
Practice Facility – Knicks
Practice Facility – Rangers
Production MSGN DGA
Productions Marketing

Programming
Radio City Productions
Rockette Administration
Sales Operations
Sponsorship Sales/Teams
Sports Properties
Strategic Partnerships
Subscription Sales
Team Operations
Team Sponsorships – Knicks
Team Sponsorships – Rangers
Team Sponsorships
Teams Advertising & Design
Traffic
Transformation Sales
Wardrobe
Website MSG Entertainment



May 23rd, 2013

Adam Campbell, VP of Sales
Keith Doran, Manager of New Business
The Madison Square Garden Company
2 Pennsylvania Plaza, 14th Floor
New York, New York

Keith and Adam,

Please accept this letter as a formal notice of my resignation from the Inside Sales position I currently hold at Madison Square Garden. Per our discussion, my last day will be May 31st, 2013.

Going back to the beginning of my internship, my time here at The World's Most Famous has been an incredible one. I have developed both personal and professional relationships that I will take with me throughout life and have made some incredible friends. I am confident that I will be able to take the tools and training I received here and use it to further my career. As managers and individuals, you are both role models and people I plan on maintaining contact with for many years to come. Thank you for this incredible opportunity.

Best of wishes to you and MSG going forward.

Sincerely,

*[signature]*
Scott Winter

Subscription
& Group Sales
**MADISON SQUARE GARDEN**
*The World's Most Famous Arena*
Four Pennsylvania Plaza
New York, NY 10001-2819
Service:  212.465.6050
Sales:    212.465.6073
Fax:      212.465.6075