# EXHIBIT 3

## DECLARATION OF DEE DIAZ

**DEE DIAZ**, declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am of legal age and am competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2.  I have been employed by MSG Holdings, L.P. ("MSG") since 1994 and am currently the Manager of Finance in Entertainment Booking for MSG. From 2007 to 2012, I was involved in selecting, training, and managing interns in the Entertainment and Booking Department and supervised a number of student interns.

3.  My department is responsible for entertainment budgeting, reconciliation and financial planning for all MSG events including concerts, family attractions, special events and other sports other than Knicks, Rangers and Liberty games or the Christmas Spectacular.

4.  Our department looked for potential student interns with a strong background in accounting. We interviewed all potential student interns and HR was not directly involved in our department's selection process. I had sole discretion during the interview process to offer candidates an internship or reject them based on my individual criteria. In my department, all student interns were required to receive academic credit for the internship from their accredited academic institution and the vast majority took finance classes in school. This background in finance was something I looked for when selecting interns.

5.  The number of days and hours spent by the student intern varied greatly. Most student interns interned two or three days a week during the spring and fall semester. This flexibility allowed student interns to devote sufficient time to their other academic commitments, in addition to their time at MSG. Most student interns during the summer semester interned for

five days a week. Student interns were provided flexible schedules and frequently took time off to attend to personal matters. We permitted student interns to take whatever time they needed for studying or other reasons. They did not need to submit a note or obtain permission though we suggested they provide notice. Employees, however, were given much less flexibility and had to submit all requests for time off in advance and in writing. Interns were also regularly allowed to come in late and leave early.

6. The training for our interns usually occurred one-on-one. We spent a great deal of time training interns on the specific programs our group used (such as Oracle Financials, PeopleSoft, BOCS), which were all associated with the general ledger, closing events, budgeting and forecasting. In this regard, interns spent a great deal of time observing and shadowing full-time employees. Interns required more time and training in basic skills than employees. We distributed a training manual that was designed specifically for interns and by former interns in Entertainment Booking's Finance department to assist and educate them on finance and budgeting concepts, programs and tools, but no such manual was provided to employees.

7. Student interns completed a wide range of activities as the semester progressed. Once they had spent sufficient time shadowing and observing employees, interns would complete activities relating to entertainment budgeting, reconciliation, and financial planning for shows and special events. There was also a great deal of supervision involved. In addition to the extensive training we provided new student interns each semester, interns received detailed feedback on their projects. I tried to help them see the "why" and the "how" of each project. It was rewarding seeing student interns learn and succeed, but it required a great deal of time and effort in both the hiring process and daily supervision and training of interns. Additionally, we

filled out student intern evaluations and assisted interns on projects required for them to receive academic credit. Those requirements varied from school to school.

8. I think student interns benefitted enormously from the internship. Many student interns went on to careers in finance and accounting industries. In my opinion, an internship at MSG greatly increases an intern's marketability to real world employers. Our interns learned specific technical systems used by many employers, such as Oracle and PeopleSoft. They also developed skills that are transferable across employer and industry, such as how to reconcile a budget and do financial analysis. Interns also were able to make meaningful professional contacts and network in an office environment.

Executed this 28th day of March, 2014 in: NY. NY.

_____
DEE DIAZ