# EXHIBIT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER FRATICELLI, individually and
on behalf of other persons similarly situated who
were employed by MSG HOLDINGS, L.P. and
THE MADISON SQUARE GARDEN
COMPANY and/or any other entities affiliated
with or controlled by MSG HOLDINGS, L.P. and
THE MADISON SQUARE GARDEN
COMPANY,

                Plaintiffs

          -against-

MSG HOLDINGS, L.P. and THE MADISON
SQUARE GARDEN COMPANY, /or any other
entities affiliated with or controlled by MSG
HOLDINGS, L.P. and THE MADISON
SQUARE GARDEN COMPANY.

                Defendants.

Civil Action No.: 1:13-cv-06518-JMF

**AFFIDAVIT OF BRITNI ROSATO**

     **BRITNI ROSATO**, declares, pursuant to 28 U.S.C. § 1746, that the following is true and

correct:

     1.     I am over 18 years of age and am competent to make this Declaration.  I have

personal knowledge of the facts described in this Declaration.

     2.     I interned for MSG Holdings, L.P. ("MSG") in the New Jersey Devils Media

Production department in the fall of 2011, during my sophomore year at Marist College.

     3.     I learned about the internship through a friend who had previously interned in the

Media Production department and recommended that I apply.  I was very interested in MSG's

internship program because it combined my professional interest in television production with

my personal interest in sports.  I hoped an internship at MSG would provide a hands-on

experience with the opportunity to gain skills and shadow many people in different areas.  I also

wanted an opportunity to see if television production was something I might be interested in doing after graduation.

4.      After applying, I interviewed directly with Bob de Poto, Senior Coordinating Producer in Media Production.  Our conversation focused on my previous media experience, what types of careers I would be interested in and my interest in sports.  Bob explained that MSG ran television broadcasts on many local sports, including the Knicks, Rangers, Liberty, Devils and Islanders.  I believe Bob wanted to see if I would fit in well with the production team given that I would be closely interacting with a small group of people on television broadcasts.  After our interview, Bob called and offered me an internship with the New Jersey Devils television production group ("Devils production").

5.      My internship began on September 5, 2011 and was scheduled to last until December 22, 2011.  During my internship I still took classes 2 days per week as well as an online class.

6.      I was able to have this reduced course load because I received academic credit for my internship.  In fact, to get internship credit, I had to enroll in an internship class at Marist.  To receive a passing grade, I had to complete regular assignments discussing what I learned and how the internship contributed to my education, and had to complete six written assignments including a mid-term paper in addition to a final paper.  The initial assignments required me to write what I was expecting to learn along with personal and professional aspirations for the internship.  Later assignments asked me to write a description of trainings and orientations I had undergone, weekly responsibilities, new software I learned how to use, what I had learned to date, goals to maximize the experience, a profile of individuals that I admired and want to emulate professionally and a paper on how I have seen competition between companies impact

our placements.  Among the things I wrote about was how as part of my internship I learned about the recording software MSG used to capture the replay segments, and learned what the components were of a good interview and feature segment.  Finally, I had to write a final paper reflecting and analyzing my intern experience and discussing how I have learned and grown throughout the internship.   One of the experiences I wrote about in my paper is how after watching and shadowing the floor manager for the analysts numerous times, he let me take over and "play" him for the day, and how much I learned from trying out his role under his close supervision.

7.      Marist also required MSG to fill out evaluations on how my skills were developing and an "Internship Learning Contract" which the school, MSG and I all had to sign. This form required MSG to identify expectations, such as the hours and types of learning experiences I would be receiving before Marist awarded an intern academic credit.

8.      At the beginning of my internship, I had an orientation with Bob de Poto who explained I would be attending Devils home games and would assist the television production in the production truck and on the arena floor.  If I could not attend a game, I just needed to let him know in an email beforehand.  We also talked about specific tasks that I would be completing, including logging tapes, assisting with interviews, listening on the headsets, attending pre and post-production meetings and shadowing the employees to learn as much as possible.  Bob said he would not always be present at the games, but that the assistant director and producer would be available and present to support me throughout my internship.

9.      On my first day, the production team immediately started showing me the different places in the Prudential Center I would have access to as well as all of the technology and different machines in the production truck, and how to use them.

10.     Generally, I would arrive before the pregame show started and help prepare for pre-game production.  This meant setting up and organizing the production truck, attending the pre-game production meeting, and assist in preparing scripts and clips to use during the show. During the game, I had a variety of tasks including listening on the headset and watching the director and producer pick the different camera angles and air them on the MSG channel.  At times I was even able to assist with camera work, help taking fan interviews, select clips and recording codes for those clips to use later in the broadcast or post-game show.  I often rotated between the truck and the floor and would regularly shadow team members doing their tasks. After the game I would help pull clips and media for the post-game show, assist with post-game press conferences, locker room interviews and run the tape from these interviews back to the truck for immediate broadcasting.

11.     I was constantly trained by the Devils assistant director and stage and floor managers on how to do each of these tasks and received continual feedback from them on how to best complete each task.  I also wore a headset so I could learn from other production team members and hear their back and forth.  It was a thrill to hear all of the directions at once -- organizing different cameras, interviews, promotions and everything else you see when watching the game at home.  It was an incredible experience.

12.     The crew also ensured that I rotate around and help different people to learn about the various processes that went into a broadcast and make sure there was always something new for me to experience.

13.     There was one other intern in my group when I interned.  This provided both of us the flexibility to rotate and shadow different people doing the jobs that interest us the most.

14.     The Devils production team also was very interested in making the internship meaningful for me.  They would ask what jobs I was interested in and every two weeks make sure that I could spend almost the entire time interning shadowing an employee in that area.

15.     During my internship, I received training on a number of these technical systems, including recording and editing software, where I regularly practiced capturing, cutting, feeding and rolling clips.  I knew what these systems were from my coursework, but did not have much experience, and was able to learn a great deal and increase my ability with each system during my internship.  I also received constant training and feedback on presentation, interview and public speaking skills as well as tips on what makes interviews and presentations effective.

16.     I never did any type of data entry or handled any hockey equipment or gear.  I do not know what interns in any other department did or what was required of them because I was based out of Newark, not Penn Plaza.  I actually never was in Madison Square Garden or the Penn Plaza facilities after the initial orientation meetings.

17.     I only interned on days when there were home Devils games and I reported directly to the Prudential Center in Newark for these games.  This meant some weeks I would only intern 1 day but there was one or two weeks where I interned up to 4 days.

18.     I was never required to be at the Prudential Center for more than 8 hours a day and I was not expected or required to show up unless the Devils had a home game.

19.     The skills I developed while interning were directly correlated with what I studied in my communications classes at Marist.  The Devils production team was great and was so receptive to interns that I learned a tremendous amount in a much quicker time than I would have in a more formal academic class.  They really took the time to teach and guide me and would regularly stop what they were doing to talk to me about my tasks and my future.  On the off-

chance that the person could not talk to me, they would make sure to reach out later and talk about what they were doing along with answering any questions I may have had.

20.     During my senior year at Marist, I did another internship.  This time, I interned with Coburn Communications ("Coburn"), a Public Relations firm in New York City.  While this internship had some positive aspects, it was not nearly as hands on, engaging, or informative as my internship with MSG.  I had actually applied to an internship with MSG for the same semester, but I already committed to Coburn by the time I heard back from MSG.  In retrospect, I wish I would have been able to do a second MSG internship instead of interning with Coburn because I knew MSG's program would have been more individualized to my interests.

21.     My internship was invaluable in deciding what career I wanted to pursue after graduation, and taught me the skills I could use in a variety of media and production settings. The ability to complete an internship with a premier media company like MSG is one of the reasons I attended Marist.  This internship provided me a way to use the theory I had read about in my Radio, Television and Film classes in real life situations that required real time analysis and judgment.  You never really know what the real world practice in a field is like, especially with something like television production where most viewers are exposed to a very small amount of what it takes to actually make the production.  This internship allowed me to learn to apply what was in the books and get a front row seat to the entire production process.  I would not have received this understanding in a classroom setting and I am so grateful MSG and Marist were able to help provide such a meaningful experience.

22.     Overall, I had a terrific internship with MSG and would do it again if I could.  I

learned more during this internship than I ever did sitting in a classroom.

Executed this __21__ day of March, 2014 in:   New York, New York.

BRITNI ROSATO