# EXHIBIT 6

## DECLARATION OF
## AREEJ SABZWARI

**AREEJ SABZWARI**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am not currently employed by MSG Holdings, L.P. ("MSG"). I am making this declaration because I would not prefer someone represent me in a law suit who had a very different experience than I did at MSG.

3. From February to June 2011, I interned with the Future Venue department at MSG as an intern architect. At the time, I was in my fifth year of a five-year undergraduate architecture program at the New Jersey Institute of Technology ("NJIT").

4. I learned about the position through the NJIT career development website. Although my school would have offered me credits for completing the internship, I had already completed the necessary credits to graduate, and I was only looking to gain professional experience and further my education.

5. At the time, Madison Square Garden was undergoing a large transformation, and had hired a team of architects from Canada, BBB Architects, which specialized in sports facilities, to work on this high-profile project. I hoped to get experience and exposure to sports facilities, to work with the architects at MSG on a project of this scale, and to gain professional experience.

6. During my internship, I was also taking a full, 18-credit course load at school. I was able to attend the internship part-time, for an average of 15 hours each week. I typically

interned three days each week and never came in more than eight hours a day. My schedule was flexible, and I was able to adjust as necessary for my class schedule or personal reasons.

7. There was no expectation or promise of future or permanent employment with MSG as a result of completing the internship.

8. During my internship at MSG, I closely observed the architects who worked on various ongoing projects such as 3D renderings, make-up of interior suites, detailing, and locker room transformation. My supervisors took the time out of their work to teach me about various aspects of the project and answer my questions, and they made sure that I was learning and enjoying what I was doing. They provided me with frequent verbal feedback regarding the details of what they were working on. They encouraged me to gain good experience during my internship, and placed an emphasis on my education.

9. I was able to take field and design measurements and fittings, and was able to sit in on meetings and presentations with consultants and clients related to the project. I had no particular role at those meetings or presentations, but was allowed to listen, observe, and take notes.

10. On one instance, I was able to take measurements when an actual game was going on in the arena, which was a fascinating experience. On another occasion, I was able to take a tour of a mock up the architects had of the VIP suites, which was very cool to see. And on yet another occasion, one architect took the time out of his day to take me on a two-hour tour of the entire MSG arena and related facilities to see what was being done at every aspect of the project.

11. Through the internship, I learned how a project of that scale progresses. I learned project management and business skills, which is not something I could have learned in the classroom setting. This is exactly what I hoped to gain from the internship experience.

12.     I have been able to use the skills and knowledge I learned at MSG and apply them to future career opportunities. I grew and developed professionally through this internship, and a project of this scale and prestige has helped to build my resume. I believe that I benefitted more from the internship than MSG.

Executed this 26 day of March, 2014 in: New York, New York.

AREEJ SABZWARI