# **EXHIBIT 7**

**DECLARATION OF**

**ALEXANDER SALLAHIAN**

**ALEXANDER SALLAHIAN**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am not currently employed by MSG Holdings, L.P. ("MSG") and have no association with the Company or its affiliates. I am making this declaration because my internship at MSG was a valuable experience for me and I would not be comfortable having someone who had a very different experience from me representing me in a lawsuit.

3. During the summer of 2011, I interned with the Marketing Department at MSG Network. At the time, I had just completed by junior year of college at Binghamton University, where I was enrolled in the School of Management, with a Management major with concentrations in marketing and global management.

4. Although internships were not required by Binghamton University, they were strongly encouraged. I was encouraged to reach out to MSG in particular through Binghamton alumni and the Binghamton Career Center. I took it upon myself, and not through any formalized recruiting effort, to obtain an internship with MSG. I was interested in an internship with MSG because it is a big name in the industry, and through talking with alumni and people at career fairs, it seemed like one of the most beneficial internships available.

5. I received two credits toward my major at Binghamton for my internship with MSG. To obtain those credits, I was required by my college to fill out a journal on a weekly

basis, reporting what I was learning at MSG and how it related to my marketing concentration.  I received a final letter grade of A.

6. I had no expectation or promise of future or permanent employment with MSG as a result of completing the internship.

7. During the course of my internship, in advance of meetings and presentations, I was asked to research various MSG clients and marketing partners who would be attending those meetings.  This was exclusively to educate myself and understand the different players attending these meetings.  My supervisors at MSG wanted to see that I gained an understanding of the parties on the other side of the table in these meetings.

8. During my internship, I was also asked to create a spreadsheet gathering information related to social media impressions, click through hit rates, "likes", and comments on various postings.  Through this, I learned a great deal about the role of social media in marketing.

9. I also was involved with MSG employees in MSG Sports and the Fuse Network to learn about their roles, and from that interaction was able to learn about more creative and technical parts of television production.

10. My supervisors provided me with helpful feedback throughout my internship.  They were all very accommodating, and provided me with the guidance I needed, and went out of their way to help me learn.

11. As an intern in the Marketing Department, I learned many valuable skills, including social media marketing, professional conduct, and an introduction to the creative and technical side of production.  This gave me an advantage when I got back to school and I have been able to use these skills toward my career.  In particular, the knowledge I gained regarding social media marketing has been, and will continue to be, an asset in my profession.

12. Throughout my internship, I also gained an understanding of the marketing process from a corporate perspective. I was able to see what kind of work people in the marketing field performed on a day to day basis, and I learned how things worked in a large organization.

13. I did not feel MSG was profiting from me. I believe I stood to benefit far more than the Company did from the internship because I was there to expand my knowledge of the industry.

14. During my internship, I had a flexible schedule and was at MSG approximately eight hours a day, including lunch, for three days a week. I was not asked or required to stay late, and I did not work weekends.

15. Besides the spreadsheet I mentioned above and labeling tapes for scheduled programming, I did not perform any inventorying tasks or data entry tasks. I never prepared uniforms or set up a locker room, and I never opened packages.

Executed this 27 day of March, 2014 in: Nanuet, New York.

*Alexander Sallahian*
ALEXANDER SALLAHIAN