# EXHIBIT 8

## DECLARATION OF JONATHAN FAST

**JONATHAN FAST** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I have personal knowledge of the facts described in this Declaration.

2. I completed two internships for MSG Holdings, L.P. ("MSG") while a student at Quinnipiac University. One significant factor in my decision to attend Quinnipiac was the school's strong media and communications program, as I hoped to one day work for a premier television production company.

3. My first internship with MSG was with the Production group for the New York Liberty during the summer of 2009, after completing my junior year of college. In the fall of 2009, I interned for the Rangers television Production group. I received three credits each from Quinnipiac for each internship. The Production group for each team was responsible for producing the television broadcast for all home games played by the team.

4. To get the Liberty internship, I gave my resume to a cousin of mine. I never went through any type of formal recruiting program. I received a call directly from Human Resources and later from Bob de Poto, Director in Media Production, who later offered me the internship. For the Rangers internship, however, Bob asked me, unprompted, if I would be interested in interning with the Rangers in the fall of 2009. As a lifelong avid Rangers fan, I was thrilled with the offer and accepted immediately.

5. When I started each internship, I had no expectation and received no promise of future employment with MSG. I accepted the positions nonetheless because I was excited about

the career opportunities that interning for a world class sports and media production company would provide.

6.   During both of my internships, I was able to observe the entire television production process from the start of the event itself to the final broadcast. This is exactly what I went to school to learn and it was a fantastic experience seeing it happen in person. This is the type of education you just cannot get in the classroom. The knowledge and experience I gained during my internships helped enhance my understanding of the media theory I learned about in school by providing practical production knowledge. I hoped that this experience would build by resume and help me to secure future employment in a very competitive field. That goal was completely fulfilled by my internships with MSG.

7.   In the beginning of my Liberty internship, I received training on how to use the various systems the production crew used and was able to shadow various members of the group to learn how their role contributed to the larger production crew. My Rangers internship was different. While I continued to build on the production skills I learned from the Liberty internship, I focused more on editing, cutting and compiling replays and received more instruction on these types of skills. This was great because while I had done some editing in school, I was able to vastly improve this skill during this internship.

8.   During both internships, I was involved in pre-game and post-game production and was able to watch large portions of the game itself. I also was able to listen to the conversations the production crew was having on a headset throughout the game. I even was able to sit in the director's chair and watch the game while all the moving pieces were coordinated behind the scenes. These were educational experiences I could not have received in a classroom.

9. The production crew constantly asked what I was interested in and would take time out of doing their duties to talk to me about their roles, my career ambitions, and give me guidance and advice. After each game the entire crew would recap the game and talk to me about what went well or what could have gone smoother.

10. During both internships, my supervisors were very willing to work around my schedule. During my summer internship with the Liberty I was able to work part-time on nights and weekends with a catering company. During my fall internship with the Rangers I had a full class load at Quinnipiac and was able to make time for all of my classes and studies. Each time, the group at MSG made sure I knew that while I was always welcome, I was not expected or required to show up every day. In both internships, I only had to be present for home games and that meant I was only required to be at MSG three or four days a week.

11. I never interned more than five days a week or more than 40 hours in a week.

12. I have no knowledge of what interns in any other department or group did. I never did any type of data entry or inventorying.

13. Given the valuable educational opportunities both of my internships provided me, I benefitted tremendously from each internship with MSG. I was also able to build a network of contacts that would follow me wherever I went, I greatly improved my technical production skills, I was able to gain first-hand knowledge about the industry in which I wanted to begin my career, all while strengthening my resume at the "World's Most Famous Arena." The internship was exactly what I expected it to be – a once-in-a-lifetime opportunity.

Executed this 28 day of March, 2014 in: New York, NY.

_____
JONATHAN FAST