# EXHIBIT 9

## DECLARATION OF
## LISA MAYER

**LISA MAYER**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am currently employed by MSG Holdings, L.P. ("MSG") as a Coordinator in the Corporate Events and Communications Administration group. I am making this declaration because my internship at MSG was a valuable experience for me and I would not be comfortable having someone who had a very different experience from me representing me in a lawsuit.

3. During the summer of 2009, I was a Special Events Intern in the Corporate Events group. This internship was between my junior and senior years of college at the University of Massachusetts, where I majored in Hospitality and Tourism Management.

4. Internships were not required for my major specifically, but we were definitely encouraged to complete them to gain valuable work experience and get practice applying the concepts from class to real world settings.

5. To obtain the internship with MSG, I gave my resume to a family friend who forwarded my materials to the Corporate Events group and I later interviewed with that group. Throughout this process I understood the internship would be unpaid other than a daily stipend and there was no promise of permanent employment after the internship.

6. I received credits toward my major at UMASS after completing my internship and internship course requirements. These requirements included writing short reports every other week describing the activities I was completing and skills I was developing.

7.     I was very excited about the prospect of an internship at MSG as my previous event planning experience all focused on catering and the MSG internship would allow me to learn about and get experience with corporate event planning. My internship spanned 13 short summer weeks and I wished I could have stayed longer when it ended.

8.     There were only three people in my specific department, a VP, manager and assistant. Therefore, I was often able to sit in on staff meetings, shadow and interact with each member of the group to observe event planning operations at multiple levels.

9.     Specific activities I completed including researching various vendors making event bids, researching venues for different events, and reviewing fact sheets. After these tasks, I was able to present my research to the team. I also reviewed budgets for events and would discuss costs and concerns with the group. Through these activities, I learned a great deal about the actual event planning process and the different steps it takes to bring successful events to fruition.

10.    I did not perform any inventorying tasks or data entry tasks.

11.    My primary supervisor, Jason Nazryk, was fantastic. He was very active and would provide continual direction and support. He spent a lot of time with me to ensure that I properly understood my activities and explained different details about the group and the work they completed. He, along with the rest of the group, took a great deal of time out of their day talking with me and helping me learn the many abilities essential to success in the industry.

12.    They also gave me freedom to learn by letting me observe interactions with outside vendors and allowing me to shadow individuals with roles that interested me at events.

13.    Specific skills I received training on included research, writing, budgeting, event proposals, professional communication, client relationship development, and presentations. My

classes at UMASS often touched on these concepts, but the internship let me apply them in the real world. I learn much more by doing hands-on tasks than reading out of textbooks so having this real world experience was much more beneficial to me and taught me more than I would have learned in school.

14. After the internship, I noticed that I was constantly applying these skills on a daily basis in my coursework as well as in my role planning events with a student group on campus, the Meeting and Event Managers Association. The communications I completed for these academic tasks were very similar to those done while at MSG and gave me an immediate chance to display the abilities I honed during my internship.

15. These skills are still ones I use every day in my current position and would be relevant to anyone working in event planning. Also, helping to plan events at "The World's Most Famous Arena" was an unbelievable experience and the knowledge I gained has been and will continue to be an asset in my profession.

16. My internship was different from any other MSG internship simply because the type of events my group worked on varied drastically each semester. Interns in other groups or other MSG locations would not have any way to know about my specific internship experience.

17. My internship was hugely beneficial to my development on both an academic and professional level. I would not be where I am today without my internship experience at MSG and I think other students should be able to have similarly rewarding experiences. I hope MSG is able to continue offering equally terrific experiences to more students going forward.

Executed this 26th day of March, 2014 in: New York, NY.

*Lisa Mayer*
LISA MAYER