# EXHIBIT 10

## DECLARATION OF ALEXIS MICHAELIDES

**ALEXIS MICHAELIDES**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am not currently employed by MSG Holdings, L.P. ("MSG").

3. I am making this declaration because I feel I benefitted tremendously from my internship at MSG, and do not agree that internships serve no educational purpose. I learned a great deal from my experiences at MSG that I was able to use to further my career in merchandising. I cannot speak for the experiences of other interns, and am not comfortable with someone who is not familiar with my experience representing me in a lawsuit.

4. During both of my internships at MSG, I was in school at LIM College of Fashion Merchandising. My college required that we complete at least three internships for graduation.

5. I interned twice within the Entertainment division of MSG, in the Merchandising and Licensing subdivision, once in the summer of 2010, and again during the spring semester of 2012. I found the first internship through an online database at my school, and sought out the second internship myself, because I had such a positive and rewarding experience the first time. The fact that I sought out and returned for a second internship at MSG says a lot about how much I valued my experience there.

6. I received two credits for my summer 2010 internship. I worked with a career counselor at my school to identify three goals I hoped to accomplish over the course of the internship. My supervisor at MSG worked with me to ensure my goals were realistic and to help

me meet them. I submitted journal entries three times a week to my school, and prepared a report at the end of the summer.

7. I received six credits for my spring 2012 internship. I went to MSG four days a week (Monday through Thursday) for approximately eight hours a day. On Fridays, I took two classes at school, and met with my professor or a counselor in our career center to discuss my progress and the things I was learning during my internship. We also had a more formal meeting mid-semester, and I was required to submit weekly journal entries as well as a project at the end of the semester. In addition, a representative from my college came to MSG to observe me in the office setting. The representative met with my supervisor at MSG to discuss my progress and ensure I was receiving the appropriate educational opportunities.

8. I received a grade from my college for completion of my internships, which was comprised of a weighted average of my final paper, my journal entries, and evaluations completed by my MSG supervisors. The MSG evaluations were weighted the most heavily.

9. I learned a great deal during my internships at MSG. Coming into my 2010 internship, my retail experience was limited to that of my previous part-time position as a sales associate at Victoria's Secret, and I was able to learn all the technical aspects of how to be a merchandise buyer, an area I was particularly interested in. A buyer for MSG was responsible for ordering team merchandise. I began by shadowing the head buyer and assistant buyers at MSG to see how they performed their jobs and to observe how the process worked and how the department functioned. I learned how to process orders, how to assemble a "look book" of different styles of merchandise MSG was looking to buy from various vendors, how to determine placement of merchandise in the store, how to create signage for particular promotions, and how to recap sales totals at the end of a game.

10. During my 2012 internship, I received more in-depth learning opportunities to build on my previous experience. In particular, I learned how buyers build assortments, in other words, how they would decide what styles and what items to buy. I was given a semester-long project by one of my supervisors, through which I learned how to build an assortment from start to finish. My supervisor would sit with me three to four times a week to guide me on the various steps involved in the process. She taught me about the ratios of different types of items that MSG would target in an assortment, and I would take that information to build one of my own. My supervisor was very busy with lots of responsibilities, but took time out of her job to show me how things were done and to mentor me and provide me feedback. It was a very interactive process, and I found it to be a great learning opportunity.

11. My supervisors were incredibly helpful and were great mentors to me. They set aside time each day to show me what they were working on, and knew I was there to learn. They were open to investing their time with me, which was very different from my experiences interning in other organizations.

12. I am currently working as an assistant buyer for Macys.com. I got that job based in large part on my experience at MSG. I was also accepted into a very competitive executive training program within Macys.com, and I believe this was as a direct result of what I learned at MSG.

Executed this 31 day of March, 2014 in: New York, NY.

*Alyss Michaelides*
ALEXIS MICHAELIDES