# EXHIBIT 11

Case 1:13-cv-06518-HBP   Document 42-11   Filed 03/31/14   Page 1 of 5

## DECLARATION OF JOSH JACOBY

**JOSH JACOBY**, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am over 18 years of age and am competent to make this Declaration. I personally know the facts included in this declaration to be true.

2. I am currently employed by MSG Holdings, L.P. ("MSG") as a Manager in Sales Operations.

3. I was an intern in the Garden Scholar program at MSG in the summer of 2011 after completing my Masters in Business Administration at New York University. While an intern, I was enrolled at Columbia University and taking classes for a Masters in Sports Management.

4. I knew when I started my internship that there was no promise or expectation of a permanent position at MSG as a result of completing the internship. However, I saw the Garden Scholar internship as an incredibly interesting and educational opportunity. At the time, MSG only accepted five Garden Scholar interns each summer and only graduate students were eligible. MSG is one of the premier sports and entertainment companies in the industry, and the Garden Scholar program was considered an elite internship.

5. As a Garden Scholar, I was paid approximately $600 per week.

6. As a Garden Scholar, I was assigned a mentor and multiple supervisors who worked with me throughout the course of the six-week internship. Each Garden Scholar worked on one individual, long-term project which we were required to present to MSG at the completion of the internship.

7.      I was assigned a project which involved researching interactive ways in which MSG corporate advertising sponsors, such as Chase, could connect with fans as the fans entered the arena.  With guidance and supervision from my mentor and supervisors, I researched ways in which to engage fans and incorporate and promote the Chase sponsorship.  Throughout the program, I met with my mentor and supervisors periodically to discuss my approach to the project and my progress.  They provided me with advice and assistance in conducting my research and preparing my final presentation.  Through this, I gained knowledge and skills related to research and presentation, as well as professionalism.  In particular, through the guidance of my mentor and supervisors, I learned more effective and productive research techniques, and learned how to best compile information to tell a story and present my project.

8.      Throughout the program, my mentor and supervisors took a significant amount of time out of their schedule to get to know me and provide training, mentoring and advice, and they were each invested in my growth and development.

9.      On one occasion the group paid for me to travel to Washington, D.C. to visit different museums to observe experiential entrance ways and potentially applicable exhibits in order to get ideas for my project.

10.     In addition, I was encouraged to set up meetings with various MSG personnel in order to learn about other aspects of the business, and to network and make connections.  My mentor regularly went out of her way to help me set up these meetings even though she did not get anything out of it.  I typically had three or four meetings with different MSG employees each week.  I found these meetings extremely informative to me.  They taught me both about the MSG organization and the sports and entertainment industry as a whole.

11. I also attended periodic lunches where different speakers from within the MSG organization would talk to us and discuss career opportunities in the field.

12. At the end of the program, I presented the results of my project to a group of MSG executives and Human Resources personnel who gave me feedback on my presentation and my proposals. Although none of the proposals I developed were ultimately adopted by MSG, I learned a great deal and developed both personally and professionally over those six weeks.

13. I never came to MSG on weekends and I was never expected or asked to stay late during the Garden Scholar program. I was taking classes part-time at night during my Garden Scholar internship and my schedule was very flexible.

14. My internship was only offered during the summer, and as I was not performing any day-to-day tasks, there would be no reason for MSG to have anyone else in my position.

15. I never performed any type of data entry or inventorying as a Garden Scholar, and I never had to set up locker rooms or prepare uniforms.

16. I benefitted tremendously from this internship. I was able to learn a great deal through first-hand encounters with the executives and other employees I met with, and I was able to develop my research, presentation and interviewing skills. I also developed as a professional and was able to build my resume at a top sports and entertainment company. This was all directly relevant to my goal of working in the sports and entertainment industry after completing my education.

17. It was apparent that if MSG benefitted at all from my internship, it was incremental at best. My sole contribution was the preparation of one presentation, and the proposals it contained were not ultimately adopted or used by MSG.

18. Conversely, the skills, learning, and development I received from MSG were invaluable to me.

Executed this 26 day of March, 2014 in:     New York, NY.

_____
JOSH JACOBY