

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: 212.943.9080
www.vandallp.com

**Lloyd R. Ambinder**
lambinder@vandallp.com

July 12, 2018

**VIA ECF**
The Honorable Henry Pitman
United States Magistrate Judge
U.S District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    Fraticelli et al v. MSG Holdings, L.P. et al,
           Case No.: 13 Civ. 6518 (JMF)

Dear Judge Pitman,

    This firm is legal counsel to the Plaintiffs in this wage and hour matter. I write to respectfully request that the July 18, 2018 conference be adjourned for 30 days. I make this request because the parties have initiated settlement discussions concerning the individual claims of the named Plaintiff and four opt-in Plaintiffs, and it is our hope that a proposed agreement can be presented to Your Honor for review and approval in the coming weeks. Defendant consents to this request.

                                  Respectfully submitted,

                                    /s/Lloyd R. Ambinder

CC:    All counsel (via ECF)